**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

FRANCISCO RAMIREZ,                                          Case No. 24-CV-01243 (JAV)

                        Plaintiff,

      -against-                                    ~~PROPOSED~~ **JUDGMENT**
                                                      **PURSANT TO RULE 68**

FIRST AVENUE FARMERS MARKET LLC d/b/a
Le Gourmet and DOGAN ERDAL,

                        Defendants.
---------------------------------------------------------X

      **WHEREAS**, on December 11, 2024, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants First Avenue Farmers Market LLC d/b/a Le Gourmet and Dogan Erdal ("collectively, "Defendants") extended to Plaintiff Francisco Ramirez ("Plaintiff"), an offer of judgment against them, in the amount of Forty Five Thousand Dollars and Zero Cents ($45,000.00), inclusive of all costs and fees, including all attorneys' fees;

      **WHEREAS**, on December 12, 2024, Plaintiff accepted Defendants' Offer of Judgment;

      IT IS **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff and against Defendants in the amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00).

      **SO ORDERED.**
      December 19, 2024
Dated: New York, New York

                                                                 _____
                                                                 HON. JEANNETTE A. VARGAS
                                                                  UNITED STATES DISTRICT JUDGE